IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN EVERETT WILLIAMS, and MICHELLE JOSIE WILLIAMS,<br><br>          Plaintiffs,<br><br>v.<br><br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION GROUP BENEFITS PROGRAM,<br>    and<br>CENTRAL GEORGIA EMC,<br><br>          Defendants. | Civil Action No. 5:10-cv-266 |

## **ORDER**

AND NOW, this 11th day of August, 2010, upon consideration of the parties' stipulation to dismiss certain claims and for an extension of the deadline to answer, IT IS HEREBY ORDERED that the parties' stipulation is APPROVED and that: (a) all claims asserted against Central Georgia EMC are dismissed without prejudice; and (b) National Rural Electric Cooperative Association and National Rural Electric Cooperative Association Group Benefits Program shall have an extension of time up to and including September 3, 2010, in which to file their answers to the complaint.

BY THE COURT:
s/ Hugh Lawson