IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN EVERETT WILLIAMS, et al., | : |
| Plaintiffs | : |
| v. | : Civil Action No. 5: 10-cv-266 (MTT) |
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, et al., | : |
| Defendants | : |

## **ORDER**

AND NOW, this __4th__ day of __March__, 2011, upon consideration of the Parties' Notice of Settlement, IT IS HEREBY ORDERED that

(a) All deadlines currently pending in this action shall be stayed for 30 days; and

(b) That the parties shall request a dismissal of this action with prejudice within 30 days or report back to the Court should they be unable to finalize a written settlement agreement for any reason.

S/Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT